UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                      Plaintiff,

                                              <u>ORDER</u>
                                              05-CR-6161L

                v.

DAVID FINNMAN,

                      Defendant.
_____

       This Court previously sentenced David Finnman ("Finnman"), and he has been on supervised release, which is scheduled to terminate on November 18, 2012. Defendant has been supervised in Arizona, where he now resides.

       By letter dated September 14, 2012, defendant's counsel moves this Court to terminate Finnman's supervised release early. According to counsel's letter, neither the supervising probation officer nor the Government object to the early termination, although the Government prefers the termination occur on or about November 1, 2012.

       After due consideration, the supervision of David Finnman is hereby terminated early, effective October 18, 2012.

       IT IS SO ORDERED.

                                              _____
                                                 DAVID G. LARIMER
                                              United States District Judge

Dated: Rochester, New York
         September 21, 2012.